**Eric C. COLEMAN and Linda Coleman, Husband and Wife, Timothy G. Carroll, Individually and as Executor of the Estate of Louise Carroll, Deceased, Respondents**

v.

**Duane MORRIS, LLP and Kathleen M. Shay, Esquire, Petitioners.**

Supreme Court of Pennsylvania.

June 13, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Does the limitation on damages in a legal malpractice action sounding only in contract set forth in *Bailey v. Tucker*, 533 Pa. 237, 252, 621 A.2d 108, 115 (1993)—which limited such damages to "the amount actually paid for the services plus statutory interest" in a case involving an underlying criminal representation—apply where the underlying representation is a civil one?